NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| ISAAC E. ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-4417 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Stephen M. Walker,
Judge.

Isaac E. Abrams, pro se.


PER CURIAM.

Affirmed.  See Gerstein v. Pugh, 420 U.S. 103 (1975); Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Johnson v. State, 60 So. 3d 1045 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


SILBERMAN, MORRIS, and SALARIO,JJ., Concur.